# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-11229
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 21, 2018

Lyle W. Cayce
Clerk

MARCIA M. WITTER; ABRAHAM NEE NTREH,

      Plaintiffs - Appellants

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL; KIRSTJEN
M. NIELSEN, SECRETARY, U.S. DEPARTMENT OF HOMELAND
SECURITY; DAVID L. NEAL, Chairman, Board of Immigration Appeals
(BIA); SIMONA FLORES, Director, Dallas Field Office, Customs and
Immigration Enforcement (ICE); UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

      Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-2566

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

    The order of the district court is affirmed.

    AFFIRMED.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.